(See also No. 423, Misc., *ante,* p. 221; and No. 747, Misc., *ante,* p. 221.)

No. 180. Cosentino *v.* Royal Netherlands Steamship Co. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *William L. F. Gardiner* for respondent.

No. 487. National Dairy Products Corp. *v.* Federal Trade Commission. C. A. 7th Cir. Certiorari denied. *John T. Chadwell, Richard W. McLaren,* and *William E. Nuessle* for petitioner. *Solicitor General Griswold, Assistant Attorney General Zimmerman, James McI. Henderson,* and *Alvin L. Berman* for respondent.

No. 531. Wyndham Associates et al. *v.* Bintliff et al. C. A. 2d Cir. Certiorari denied. *Howard M. Jaffe* for petitioners. *Leo T. Kissam* for respondent Bintliff; *Frank W. Adams* for respondents McNeese et al.; *John Logan O'Donnell* and *Donald F. Johnston, Jr.,* for respondent Moroney, Beissner & Co., Inc.; *Samuel R. Pierce, Jr.,* for respondent A. G. Becker & Co., Inc.; *Thomas A. McGovern* and *Burton L. Knapp* for respondent American Stock Exchange; and *Edward J. Reilly* for respondent Chase Manhattan Bank, N. A.

No. 533. Green et al. *v.* Texas Gulf Sulphur Co. et al. C. A. 5th Cir. Certiorari denied. *Sizer Chambliss* and *Andrew A. Wassick* for petitioners. *Major T. Bell, George A. Weller,* and *Ewell Strong* for Texas Gulf Sulphur Co. et al.; *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Ben M. Harrison* and *Houghton Brownlee, Jr.,* Assistant Attorneys General, for Sadler, respondents.